PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-cv-01328-TLN-JDP |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| APPROXIMATELY $448,157.39 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325175831591, | |
| Defendant. | |

This matter came before the Honorable Magistrate Judge Jeremy D. Peterson on the United States' *ex parte* motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant funds to oppose the United States' motion.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

    1.    This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 6, 2023.

    2.    The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Kiko's Creations and Banes General Contractors, Inc.

    3.    The United States has shown that a complaint for forfeiture was filed; that potential claimants Kiko's Creations and Banes General Contractors, Inc. received notice of the forfeiture action;

that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Kiko's Creations and Banes General Contractors, Inc. be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Kiko's Creations and Banes General Contractors, Inc. in the defendant funds referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Troy L. Nunley and filed by the Clerk of Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  February 16, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE